# **Important Privacy Notice**

Federal Rule of Civil Procedure 5.2 prohibits litigants in a non-habeas proceeding from submitting documents that contain personal information. Unless the Court orders otherwise, <u>personal identifying information in Court filings must be limited as follows</u>:

• Social security numbers, taxpayer-identification numbers, and financial **account numbers must include only the last four digits** (e.g., xxx-xx-1234)

• Birth dates must **include the year of birth only** (e.g., xx/xx/2000)

• Names of persons under the age of 18 must be indicated by **initials only** (e.g., A.B.)

You are responsible for protecting the privacy of this information in your filings. If your documents, including attachments, contain any information that does not comply with this rule, please black out that information before sending your documents to the Court.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Valery Williams

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Philadelphia Water Department

**COMPLAINT**

Jury Trial: ☐ Yes ☒ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I. **Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

| Plaintiff | Name | Valery Williams |
| --- | --- | --- |
| | Street Address | 710 So. Smedley Street |
| | County, City | Philadelphia |
| | State & Zip Code | Pennsylvania, 19146 |
| | Telephone Number | 215-495-5095 |

Rev. 10/2009

- 2 -

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name  City of Philadelphia, Department of Water Revenue Bureau
Street Address  1101 Market Street
County, City  Philadelphia
State & Zip Code  Pennsylvania, 19107

Defendant No. 2
Name
Street Address
County, City
State & Zip Code

Defendant No. 3
Name
Street Address
County, City
State & Zip Code

Defendant No. 4
Name
Street Address
County, City
State & Zip Code

II. **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
  [X] Federal Questions     [ ] Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue?  Admin. Code tit. 83, 280.220 Utility Complaint

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

**III.   Statement of Claim:**

State as briefly as possible the facts of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? __710 SO. Smedley St, Philadelphia Pennsylvania__

B. What date and approximate time did the events giving rise to your claim(s) occur? __January 6th, 2023 4:00 PM__

C. Facts: [What happened to you?] My Water Services were disconnected, without notification. A Notice was let in my door that my water service was Shut Off due to Meter Non-Compliance stating that I must have a functioning and accessible meter. 17 days later I received a Mailed letter dated January 12th,2023 six days after my water service was disconnected, stating Meter Service Appointment Required- Notice of Non-Compliance with Meter Regulations, PWD needs to Service your meter. Avoid Service Suspension By Making an Appointment within 30 Days.

[Who did what?] I contacted PWD and spoke too 2 customer service reps and a Supervisor, who all told me in order to get my water restored, I had to make an appointment to have a new meter installed and then and only then would my water be restored. DPW's actions violated there own policy and regulations and State regulations by illegally disconnecting my Water Service's.

[Was anyone else involved?] No

[Who else saw what happened?] No one

## IV.     Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

I have hypertension. My blood pressure accelerated in my body and eyes. My medical Doctor and my optometrist will verify. This was the most stressful time in my life. I have never had my water shut-off for any legit reason, less more an illegal reason. if it wasn't for my neighbors and family, I would have succumbed to PWD terrorism.

## V.     Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I want a copy of the Accuracy Test that was done before installation of the new meter they installed in my home. To this day I and all customers have nothing in writing about these new meters, except if you don't make an appointment to have them installed your water services will be disconnected.

My water services had been disconnected for 110 days due to PWD's illegal actions. Those days affected my health mentally and physically. My everyday plans and future plans were halted. In monetary compensation I seek 110,000 dollars

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 02 day of May , 20 23 .

Signature of Plaintiff  Valery Williams
Mailing Address  710 So. Smedley St.
Philadelphia Pa 19146

Telephone Number  215-495-5095
Fax Number *(if you have one)*
E-mail Address  valerya.mcgriff@yahoo.com

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____
Inmate Number _____