IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VALERY WILLIAMS,<br>*Plaintiff* | : : : | CIVIL ACTION |
| v. | : : | |
| PHILADELPHIA WATER<br>DEPARTMENT,<br>*Defendant* | : : : : | No. 23-1728 |

### ORDER

AND NOW, this 7th day of August, 2023, upon consideration of Defendant City of Philadelphia's Motion to Dismiss (Doc. No. 6) and Plaintiff Valery Williams's Responses (Doc. Nos. 7, 8), it is hereby **ORDERED** as follows:

1. The City of Philadelphia's Motion to Dismiss (Doc. No. 6) is **GRANTED WITHOUT PREJUDICE** for the reasons set forth in the accompanying memorandum.

2. If Ms. Williams seeks leave to amend her complaint, she must **FILE** a motion seeking leave to file an amended complaint within **60 days** of this Order; after 60 days, this case will be dismissed for failure to prosecute.[1]

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] "[T]o request leave to amend a compliant, the plaintiff must submit a draft amended complaint to the court so that it can determine whether amendment would be futile." *Fletcher-Harlee Corp. v. Pote Concrete Contractors, Inc.*, 482 F.3d 247, 252 (3d Cir. 2007).