Amended Complaint per Basis for Federal Jurisdiction to the Fourteenth Amendment of the United States Constitution (see attached).

On January 6th, 2023 the Philadelphia Water Department disconnected my water service without prior notice. Water was shut-off while I was not at home, shut-off from the valve on my outdoor front pavement. After disconnecting my water services, PWD left a notice in my door of their actions. (see attached) **The Notice stated Non-Compliance- PWD have been unable to access the water meter.** You **must have a functioning and accessible meter**. After arriving home, I called the number provided on the Shut-off Notice. I received a message stating the office was closed and to call during regular business hours, which were Monday – Saturday 8:am – 8: pm. **The time I called was January 6th 2023 Friday at 4:15.** I called back on Saturday at 8:am and was told that my water services were disconnected because PWD was replacing water meters with new upgraded meters and my services would not be reconnected until I allowed them to replace my water meter with the new upgraded one, that would allow customers to view their monthly usage online. I went to the Mayors Office on **January 10th 2023.** I spoke to Gabriella Belpre- Executive Assistant and told her what happened. **I told her I wanted PWD to reconnect my water services the same way they disconnected my water services without entering my home to replace my accessible functioning meter without Notice, or as the DPW receptionist stated that to replace the water meter with a new and upgraded meter without Notice.** She told me to go home, and my water services would be reconnected that day. That did not happen, I e-mailed Ms. Belpre the next day, and received a response that my water services would be reconnected between 12:pm and 4: pm. **The PWD Tech arrived at 3:59pm and stated that he had to come into my home to remove my water meter and replace it with a new upgrade meter to reconnect my water.** I told him that I had spoken to the Mayors office and was told that PWD would reconnect my water services period, not replace and install anything. He called his Supervisor and stated that they wanted my meter and he had to install the new upgraded meter. He left and I emailed Ms. Belpre. (see Attached). Jan 11$^{th,}$ I contacted DHS in Washington and told them what was happening to me. DHS provided me with the number to Pennsylvania Public Utility Commission. **I called PA-PUC and was told that they have no Jurisdiction over PWD, they cannot take complaints.** They do have Jurisdiction over PGW,

PECO and phone utilities. I then I contacted the Governor (see attached), **and as the Pennsylvania Public Utility Commission, the Governor has no Jurisdiction over PWD.** On Jan 14th, I received a mailed letter from PWD **dated January 12th**. The letter states that PWD needs to service the water meter or radio device attached to the meter, and Section 401.3 of PWD **(Notice must be given see attached)** states that owners must give access for reading, replacing water meters, or related components. Avoid Service Suspension And Possible Charges By Making An Appointment within 30 Days**. (Service Suspension had occurred 6 days before the letter was dated).** I then contacted the Office of the Attorney General, Bureau of Consumer Protection. They too have no Jurisdiction over the PWD because the PWD is under the Municipal Authorities (see attached). I then called the Municipal Authorities and was told to leave a message. I called twice in a week and left messages and as of today I have not received a response. I then contacted ACL and they provided me with referrals **(see attached)** and forwarded my case to the Philadelphia Corporation on Aging. **(see attached).** After my last communication with the Philadelphia Corporation on Aging, I had no choice but to take my case to Federal Court. The statue I reference in my initial complaint was my mistake, It actually led me to the Fourteenth Amendment. In closing the Philadelphia Water Department did violate their own policy and regulation.

- A. **No prior Notice was given.**
- B. **The Reason for Suspending my services differs from the Shut-off Notice and the late Notice of Non-Compliance and both differ from what I was told verbally was the reason.**
- C. **Whatever reason they used to Suspend my services, did not warrant Suspending services without due process. The least would be notification of a problem and what steps to take to alleviate the problem.**

The Philadelphia Water Department needs to be under the PA-PUC like PGW, PECO and Phone utilities. My case proves this. Customers have nowhere to go with complaints about this public utility. Because PWD has no oversight it has caused havoc, mentally and physically in my life. And through all this written and verbal talk that my water meter was non-functional, needed servicing and needed to be replaced with a new upgrade meter, none of which was true and was not done. PWD came into my home and put a battery on top of my meter installed in

2012 and shut my water back on. No replacing with a new upgrade and no servicing for a problem (see attached)

Attachments