# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAMS | : | CIVIL ACTION |
| v. | : | |
| PHILADELPHIA WATER DEPARTMENT | : | NO.: 23-cv-1728 |

## O R D E R

**AND NOW**, this **22ⁿᵈ** day of **MAY 2024**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the late Honorable Gene E.K. Pratter to the calendar of the Honorable John M. Younge.

FOR THE COURT:

MITCHELL S. GOLDBERG
18Chief Judge

ATTEST:

 /s/George Wylesol
GEORGE WYLESOL
Clerk of Court