IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VALERY WILLIAMS, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PHILADELPHIA WATER DEPARTMENT, | : | No. 23-1728 |
| *Defendants* | : | |

**O R D E R**

**AND NOW**, this 24th day of May 2024, upon consideration of the Amended Complaint (Doc. No. 12), Defendant's Motion to Dismiss the Amended Complaint (Doc. No. 13), and Plaintiff's Response to the Motion to Dismiss (Doc. No. 14), it is **ORDERED** as follows:

1. Defendant's Motion to Dismiss the Amended Complaint (Doc. No. 13) is **GRANTED**.

2. Plaintiff's Amended Complaint is **DISMISSED WITH PREJUDICE**.

3. The Clerk of Court is **INSTRUCTED** to mark this case closed for all purposes, including statistics.

BY THE COURT:

/s/ John Milton Younge
**Judge John Milton Younge**